Cause No.: 703-335

Filed 11:52 ᵃm
FEB 0 5 2018
Sarah Loucks
District Clerk, Bastrop County

District Court
Bastrop County, Texas

Prison Slaves                    V.    Bastrop County,
of Bastrop County Jail,                Bastrop County Jail,
Plaintiffs/Petitioners,                Defendant/Respondent

Original Petition

To this Honorable Court:

Comes now Gordon Kirk Kemppainen, one of the approximately 60,000 (based on Plaintiff's Sheriff's Office No.: 59,142) Prison Slaves of Bastrop County Jail Plaintiffs/Petitioners in this present Class Action and moves for this Honorable Court to:

1) Compel the Defendant/Respondent to pay Gordon Kirk Kemppainen SO#59142, one of the Plaintiffs/Petitioners, a Prejudgment Remedy of $50,000.00 USD for the initial filing processes/wages/damages related to this present Class Action; and

2) Issue a protective order to the Defendant/Respondent to maintain a safety zone of at least 1500 ft from ALL Prison Slaves of the Bastrop County Jail unless specifically requesting emergency assistance/extraction; and

3) Make a Declaratory Judgment in favor of ALL Class Plaintiffs/Petitioners and against the Defendant/Respondent, compelling the Defendant/Respondent to pay ALL Class Plaintiffs/Petitioners for following any/all orders of the Bastrop County Sheriff's Office, Bastrop Police Dept., Bastrop County Jail Staff and any/all other law enforcement officials in Bastrop County an amount equal to that of the Bastrop County Jail Chief Jailor for the time in custody in the Bastrop County Jail; and

4) Compel the Defendant/Respondent to comply with ALL of the provisions of the Americans with Disabilities Act of 1990 (ADA) and the ADA Amendments Act of 2008 (ADAAA) at 42 USC §§ 12101 et seq. as ALL Inmates, Prisoners and Prison Slaves of Bastrop County Jail are indigenous and disable in all of their major life activities to: care for one's self; public transportation; personal transportation; perform manual tasks of choice; seeing the sights of personal choice; hearing the sounds of personal choice; eating the foods/diet of personal choice; sleeping in their personal bed (of choice); walking where they choose; standing where they choose; living where they choose; personal freedom of movement; personal liberty; life as required; lifting what they choose to lift; bending where/how they choose to bend; speaking where and what they choose to speak; breathing where/how they choose to breathe; learning what they choose to learn; reading

(1)

**EXHIBIT "A"**

what they choose to read; concentrating on what they choose to concentrate on; thinking what they choose to think; communicating how and with whom they choose to communicate with; working where they choose to work; doing what they choose to do; protecting and defending themselves/their liberty and freedom with government issued firearms and ammunitions; major bodily functions of father of choice; functions of the immune system; normal cell growth; human development of personal choice; digestive, bowel, bladder, neurological, brain, respiratory, circulatory, endocrine and reproductive functions; freedom from forced inhalation/breathing of carbon monoxide gas while trapped in an enclosed space; emergency rooms of choice; ambulance services of choice; hospital, doctors, medical professionals, dental care, healthcare, mental healthcare of personal choice; workers compensation; social security; wages/ income of choice; social insurance/insurance for all "services, programs and activities" (spa's) in the USA and all other "spa's" unknown to this Plaintiff/Petitioner and all "spa's" and future "spa's" that do not exist yet; and unlimited access to and provisions of ALL "spa's" and future "spa's" in the USA; personal re-creation of personal choice; personal social life 24/7 without limitations; unlimited access to direct sunlight during daylight hours without limitations/restrictions; and

5) Compel the appointed Class Counsel to represent ALL Plaintiffs/Petitioners in this Class Action in all of the foregoing claims and all those unknown to this Plaintiff/Petitioner; and

6) Compel the Defendant/Respondent to promptly pay all Plaintiffs/Petitioners all of the damages that we are all entitled to and to pay all other costs, fees, fines, damages incurred through this Class Action promptly/immediately, accordingly; and

7) Treble ALL damages, costs, fees, fines incurred through this Civil Action should the Defendant/Respondent delay in prompt (less than 30 days) settlement of this present Civil Action, as Justice delayed is Justice denied.

Plaintiff so moves and prays for a prompt/immediate ruling, accordingly.

On this Monday the 5th day of February 2018.

Respectfully submitted,

Gordon Kempainen

Gordon Kempainen
Plaintiff/Petitioner pro se
(732) 881-9735

(2)

**EXHIBIT "A"**