'o:    Page 7 of 14                2018-02-09 16:43:14 CST      18006156640  From: Commercial Claims CL Claims
Case 1:18-cv-00168  Document 1-5  Filed 02/22/18  Page 1 of 7

Feb. 8. 2018  4:48PM                                                        No. 8259   P. 2

# CITATION
## CAUSE#703-335

CLERK OF THE COURT
Sarah Loucks, District Clerk
P.O. Box 770
804 Pecan Street
Annex Building, First Floor
Bastrop, TX  78602

### THE STATE OF TEXAS

NOTICE TO DEFENDANT: "You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you."

To: BASTROP COUNTY JAIL.
BASTROP, TX. 78602, Defendant

GREETINGS: You are commanded to appear by filing a written answer to the Petition of Petitioner at or before 10:00 o'clock a.m. of the Monday next after the expiration of 20 days after the date of service hereof, before the 335th District Court of Texas, at the courthouse in BASTROP, Texas.

A copy of the Petition of the Petitioner accompanies this citation, in cause number 703-335 styled:

PRISON SLAVES OF BASTROP COUNTY JAIL
V.
BASTROP COUNTY
BASTROP COUNTY JAIL

filed in said court on the on this the 5th day of February, 2018

Petitioner is represented by:

PERSON SLAVES OF BASTROP COUNTY JAIL
GORDON KIRK KEMPPAINEN
GENERAL DELIVERY
CEDAR CREEK, TX. 78602

ISSUED AND GIVEN UNDER MY HAND AND SEAL of said Court at office in Bastrop, Texas, this the 6th day of February, 2018

Sarah Loucks
District Clerk, Bastrop County
P.O. Box 770
Bastrop, Texas 78602
By: _____ Deputy

( ) IF CHECKED, ATTACHED TO THIS CITATION IS DISCOVERY NOT FILED WITH CLERK PURSUANT TO TRCP 191.4

**EXHIBIT "C"**

Cause: 703-335
Executed when copy is delivered:
This is a true copy of the original citation, was delivered to defendant _____, on the
_____ day of _____, 20____.

_____, Officer

_____, County, Texas

By:_____, Deputy

ADDRESS FOR SERVICE:
Defendant: BASTROP COUNTY JAIL
BASTROP, TX. 78602

## OFFICER'S RETURN

Came to hand on the _____ day of _____, 20____, at _____, o'clock _____.m.,
and executed in _____ County, Texas by delivering to each of the within named
defendants in person, a true copy of this Citation with the date of delivery endorsed thereon, together with the
accompanying copy of the plaintiff's petition, at the following times and places, to-wit:

| Name | Date/Time | Place, Course and Distance from Courthouse |
|------|-----------|--------------------------------------------|
|      |           |                                            |

And not executed as to the defendant(s), _____

The diligence used in finding said defendant(s) being: _____

and the cause or failure to execute this process is: _____

and the information received as to the whereabouts of said defendant(s) being: _____

FEES:
Serving Petition and Copy   $_____
Total                 $_____

_____, Officer

_____, County, Texas

By:_____, Deputy

_____
Affiant

*Rule 107 Verification: Subscribed and sworn to by the above named _____
before me this the _____ day of _____, 20____, to certify which witness my hand and seal of
office.

DELIVERED THIS 8 DAY
OF FEB 20
@ 11.15 am/pm
BY: _____
DEPUTY SHERIFF

_____
Person Administering Oath

MAURICE O. COOK, SHERIFF
BASTROP COUNTY, TEXAS

**EXHIBIT "C"**

'o:    Page 9 of 14                     2018-02-09 16:43:14 CST     18006156640 From: Commercial Claims CL Claims
Case 1:18-cv-00168   Document 1-5   Filed 02/22/18   Page 3 of 7

Feb. 8. 2018   4:48PM                                                        No. 8259    P.  4

**NOTICE: THIS DOCUMENT CONTAINS SENSITIVE DATA**

Cause Number: _703-335_
(The Clerk's office will fill in the Cause Number when you file this form)

Plaintiff: _Gordon Kemppainen_          In the      (check one):
(Print first and last name of the person filing the lawsuit.)   _335_     ☒ District Court
                                          Court      ☐ County Court / County Court at Law
And                                       Number     ☐ Justice Court

Defendant: _Bastrop County Texas_        _Bastrop_      Texas
(Print first and last name of the person being sued.)   County

## Statement of Inability to Afford Payment of Court Costs or an Appeal Bond

### 1. Your Information

My full legal name is: _Gordon_   _Kick_   _Kemppainen_   My date of birth is: _03_/_02_/_1963_
                        First       Middle      Last                              Month/Day/Year

My address is: (Home) _____

(Mailing) _____

My phone number: _____ My email: _____

About my dependents: "The people who depend on me financially are listed below.

| Name | Age | Relationship to Me |
|------|-----|--------------------|
| 1 _None_ | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |

### 2. Are you represented by Legal Aid?

☐ I am being represented in this case for free by an attorney who works for a legal aid provider or who received my case through a legal aid provider. I have attached the certificate the legal aid provider gave me as 'Exhibit: Legal Aid Certificate.

-or-

☐ I asked a legal-aid provider to represent me, and the provider determined that I am financially eligible for representation, but the provider could not take my case. I have attached documentation from legal aid stating this.

or-

☒ I am not represented by legal aid. I did not apply for representation by legal aid.

### 3. Do you receive public benefits?

☐ I do not receive needs-based public benefits. - or -

☒ I receive these public benefits/government entitlements that are based on indigency:
(Check ALL boxes that apply and attach proof to this form, such as a copy of an eligibility form or check.)
☐ Food stamps/SNAP      ☐ TANF   ☐ Medicaid    ☐ CHIP   ☐ SSI  ☐ WIC   ☐ AABD
☐ Public Housing or Section 8 Housing   ☐ Low-Income Energy Assistance   ☐ Emergency Assistance
☐ Telephone Lifeline        ☐ Community Care via DADS          ☐ LIS in Medicare ("Extra Help")
☒ Needs-based VA Pension   ☐ Child Care Assistance under Child Care and Development Block Grant
☐ County Assistance, County Health Care, or General Assistance (GA)
☒ Other: _VA Healthcare/VA Disability [SEE: Pit's Exh's "A" + "B" attached hereto.]_

Filed _11:52_m

© Form Approved by the Supreme Court of Texas by order in Misc. Docket No. 16-9122
Statement of Inability to Afford Payment of Court Costs

**FEB 05 2018**          Page 1 of 2

Sarah Loucks
District Clerk, Bastrop County

**EXHIBIT "C"**

**4. What is your monthly income and income sources?**

"I get this monthly income:

$ ~0~ in monthly wages. I work as a _____ for _____
                                              Your job title                          Your employer

$ ~0~ in monthly unemployment. I have been unemployed since (date) _____

$192.ℓℓ in public benefits per month.

$ ~0~ from other people in my household each month: (List only if other members contribute to your
            household income.)

$1,136.ℓℓ from ☐ Retirement/Pension  ☐ Tips, bonuses  ☑ Disability  ☐ Worker's Comp
                  ☐ Social Security      ☐ Military Housing  ☐ Dividends, interest, royalties
                  ☐ Child/spousal support
                  ☐ My spouse's income or income from another member of my household (if available)

$ ~0~ from other jobs/sources of income. (Describe) _____

$ 328.ℓℓ is my total monthly income.

**5. What is the value of your property?**

"My property includes:       Value*

| | |
|---|---|
| Cash | $ ~0~ |
| Bank accounts, other financial assets | |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| Vehicles (cars, boats) (make and year) | |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| Other property (like jewelry, stocks, land, another house, etc.) | |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| _____ | $ ~0~ |
| **Total value of property → $** | ~0~ |

**6. What are your monthly expenses?**

"My monthly expenses are:       Amount

| | |
|---|---|
| Rent/house payments/maintenance | $ ~0~ |
| Food and household supplies | $ 192.ℓℓ |
| Utilities and telephone | $ 70.ℓℓ |
| Clothing and laundry | $ ~0~ |
| Medical and dental expenses | $ ~0~ |
| Insurance (life, health, auto, etc.) | $ ~0~ |
| School and child care | $ ~0~ |
| Transportation, auto repair, gas | $ 66.ℓℓ |
| Child / spousal support | $ ~0~ |
| Wages withheld by court order | |
| | $ ~0~ |
| Debt payments paid to: (List) | $ ~0~ |
| | $ ~0~ |
| | $ ~0~ |
| **Total Monthly Expenses → $** | 328.ℓℓ |

*The value is the amount the item would sell for less the amount you still owe on it, if anything.

**7. Are there debts or other facts explaining your financial situation?**

"My debts include: (List debt and amount owed) Frame: IBC of Bastrop over $300.ℓℓ due to identity
theft/fraud; and FNB of Bastrop over $2,550.ℓℓ due to same fraud.

_____

(If you want the court to consider other facts, such as unusual medical expenses, family emergencies, etc., attach another page to
this form labeled "Exhibit: Additional Supporting Facts.")  Check here if you attach another page, ☐

**8. Declaration**

I declare under penalty of perjury that the foregoing is true and correct. I further swear:
☑ I cannot afford to pay court costs.
☐ I cannot furnish an appeal bond or pay a cash deposit to appeal a justice court decision.

My name is Gordon Kirk Kempstner , My date of birth is : 03/08/1963

My address is 331 Thousand Oaks Drive, Cedar Creek, Texas  78612  USA
                          Street                   City          State     Zip Code   Country

► Gordon Kirk Kempstner signed on 02/05/2018 in Bastrop County, Texas
Signature                            Month/Day/Year           county name        State

**EXHIBIT "C"**

Feb. 8. 2018  4:48PM                                                No. 8259    P. 6

Form TF0001
July 2018

TEXAS HEALTH AND HUMAN SERVICES COMMISSION
P O BOX 149029
AUSTIN, TEXAS 78714-9029



Date:  01/04/2018

Case Number:  1024222290

**Need help?**

Call 2-1-1 or 1-877-541-7905

If you have a hearing or speech disability
call 7-1-1 or any relay service.

**All numbers are free to call.**



GORDON KIRK KEMPPAINEN )
GENERAL DELIVERY
CEDAR CREEK TX 78612-9999

# Notice about your case:

## SNAP Food Benefits

EDG number: 623800263

| Who gets SNAP Food Benefits | | |
|---|---|---|
| Name | Date | Monthly Amount |
| Gordon Kirk Kemppainen I | 02/01/2018 - 06/30/2018 | $ 192.00 |
| Gordon Kirk Kemppainen I | 01/03/2018 - 01/31/2018 | $ 179.00 |

## Facts we have about your case:

| Money coming into your home (Income) | | | | |
|---|---|---|---|---|
| Month | Person who gets the money | Type of money | Where the money comes from | Monthly amount before taxes (gross) |
| January 2018 - February 2018 | Gordon Kirk Kemppainen I | Unearned Income | VA Pension | $ 133.17 |

*Plaintiff's Exhibit "A"*

E141





*Plaintiff's Exhibit "B"*

**EXHIBIT "C"**

Skip to Main Content Logout My Account Search Menu New Civil Search Refine Search  Back

Location : All Courts   Images Help

# REGISTER OF ACTIONS
## CASE NO. 703-335

| | |
|---|---|
| PRISON SLAVES OF BASTROP COUNTY JAIL V. BASTROP COUNTY BASTROP COUNTY JAIL | §<br>§<br>§<br>§<br>§ |

Case Type: **Civil Case - Other**
Date Filed: **02/05/2018**
Location: **335th District Court**

---

### PARTY INFORMATION

**Lead Attorneys**

| | | |
|---|---|---|
| Defendant | BASTROP COUNTY | |
| Defendant | BASTROP COUNTY JAIL | |
| Plaintiff | PERSON SLAVES OF BASTROP COUNTY JAIL | Pro Se |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 02/05/2018 | Original Petition (OCA) |
| 02/05/2018 | Case Information Sheet |
| 02/05/2018 | Indigency Oath Filed (OCA) |
| 02/05/2018 | Request |
| 02/05/2018 | Motion |
| 02/06/2018 | Citation |
| 02/06/2018 | Citation |
| | BASTROP COUNTY JAIL   Served   02/09/2018 |

---

### FINANCIAL INFORMATION

| | |
|---|---|
| Plaintiff PERSON SLAVES OF BASTROP COUNTY JAIL | |
| Total Financial Assessment | 292.00 |
| Total Payments and Credits | 0.00 |
| Balance Due as of 02/22/2018 | 292.00 |
| 02/05/2018   Transaction Assessment | 292.00 |